## HOOPER v. PIZZAGALLI CONSTRUCTION CO.

No. 530P93

Case below: 112 N.C.App. 400

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.

## MABE v. PELLA WINDOW & DOOR CO.

No. 28P94

Case below: 112 N.C.App. 852

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.

## MARTIN v. PIEDMONT ASPHALT & PAVING CO.

No. 6PA94

Case below: 113 N.C.App. 121

Petition by Industrial Commission for discretionary review pursuant to G.S. 7A-31 allowed 3 March 1994. Petition by defendants (Piedmont Asphalt & Paving Company and the PMA Group) for discretionary review pursuant to G.S. 7A-31 allowed 3 March 1994.

## MARTIN MARIETTA CORP. v. WAKE STONE CORP.

No. 390A93

Case below: 111 N.C.App. 269

Motion by plaintiffs to dismiss the appeal for lack of substantial constitutional question denied 3 March 1994. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.

## MILLER v. NATIONWIDE MUTUAL INS. CO.

No. 501P93

Case below: 112 N.C.App. 295

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.